**No. 52718.**—Lian Bros. *v.* United States, protest 131828–K (B) (New York).

Opinion by JOHNSON, J.    At the trial it was stipulated that duty was paid by the importer on 132 packages supposedly contained in case No. 859; that at the time of its unloading, case 859 was examined by the inspector; that it was found by him to have been landed in bad order and to contain only 95 packages.    In accordance with stipulation and accepting same as a statement of fact it was held that all duty taken upon the merchandise contained in said 37 missing packages should be refunded.    The protest was sustained to this extent.

**No. 52719.**—Rohner, Gehrig & Co., Inc. *v.* United States, protest 134342–K (New York).

Opinion by JOHNSON, J.    At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Wshington State Liquor Control Board* (34 C. C. P. A. 118, C. A. D. 352) and that duties were assessed in liquidation upon 1,000 watch movements which were short at the time of unloading of the importing vessel.    In accordance with stipulation and following the decision cited it was held that all duties collected upon the 1,000 watch movements in question should be refunded.    The protest was sustained to this extent.

**No. 52720.**—Roma Wholesale Grocery Co. *v.* United States, protest 108878–K (New York).

Opinion by JOHNSON, J.    At the trial it was stipulated that the reliquidation of the entry herein involved is similar in all material respects to that in *Bel Paese Sales Co., Inc.* v. *United States* (15 Cust. Ct. 7, C. D. 932).    In accordance with stipulation and following the decision cited judgment was entered directing the collector to reliquidate the entry herein, refunding the duty established to have been taken in excess, in compliance with the decision and judgment in Abstract 45177.